**Order entered March 4, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-00651-CV

## ANDREW WHITE AND CHELSEA BALESTRA, Appellants

## V.

## NHI-REIT OF AXEL, LLC, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07841**

## ORDER

Before the Court is appellant Chelsea Balestra's unopposed motion for voluntary dismissal of her appeal. We **GRANT** the motion and **DISMISS** Balestra's appeal. The appeal of Andrew White remains pending.

/s/    DAVID L. BRIDGES
        PRESIDING JUSTICE